1  RANDY SUE POLLOCK (CSBN 64493)
   Law Offices of Randy Sue Pollock
2  286 Santa Clara Avenue
   Oakland, CA 94610
3  Tel: (510) 763-9967
   Fax: (510) 380-6551
4  rsp@rspollocklaw.com

5  Attorney for Defendant
   MANUEL ISLAS
6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9               SAN FRANCISCO DIVISION

10                        −ooo−

11  UNITED STATES OF AMERICA,          No. CR. 19-00054-003

12            Plaintiff,

13                                      **STIPULATION AND ORDER TO
                                        CONTINUE DATE FOR
14  vs.                                 SENTENCING**

15  MANUEL ISLAS,                       _____

16            Defendant

17  _____/

18      Defendant Manuel Islas, by and through his counsel of record Randy Sue Pollock,

19  and Assistant United States Attorney Shailika Kotiya respectfully request that sentencing

20  be continued from July 14, 2020 to September 21, 2020.  Defense counsel needs

21  additional time to prepare for sentencing and to consider the impact of the pandemic on

22  Mr. Islas and his family.

23      United States Probation Officer Ashley Polk has no objection to this continuance.

24

25  Date: June 9,  2020                 _____/s/_____

26                                      RANDY SUE POLLOCK
                                        Counsel for Defendant
27                                      MANUEL ISLAS

28

1

2    Date: June 9, 20202

3

4

5

6

7    SO ORDERED:

8     Dated: 6/9/2020

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/
_____
SHAILIKA KOTIYA
Assistant United States Attorney

_____
RICHARD SEEBORG
United States District Judge

2